UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, a foreign corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>LORIE A. BARTLETT, a single woman; and ERNEST G. BARTLETT, a single man,<br><br>         Defendants. | Case No. C05-5266FDB<br><br>ORDER |

Plaintiff filed this interpleader action concerning $4,394.31 in retirement annuity contract proceeds, which have been deposited into the Court's registry. Plaintiff claims no interest in these proceeds, but asks that the Court determine the proper payee for the annuity proceeds. Defendants are unrepresented.

NOW, THEREFORE,

IT IS ORDERED:

1. Not later than **Friday, October 7, 2005** each defendant shall file a statement with the Court concerning whether he or she intends to obtain counsel or proceed pro se (self-representation) in this case.

ORDER - 1

2. The Clerk shall mail copies of this Order to counsel of record for Plaintiff and to each defendant at the following addresses:

Lorie A. Bartlett
909 E. Wishkah Avenue
Aberdeen, WA

Ernest Bartlett # 280127, A-211
Ahtanum View Correctional Complex/ALF
2009 S. 64th Avenue
Yakima, WA 98903

3. Failure to respond to this Order may result in forfeiture of the subject proceeds.

DATED August 24, 2005

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2