UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUN LIFE ASSURANCE COMPANY OF CANADA, INC.,

    Plaintiff,

    v.

LORIE A. BARTLETT, a single woman; and ERNEST G. BARTLETT, a single man,

    Defendants.

Case No. C05-5266FDB

ORDER GRANTING MOTION FOR ORDER MODIFYING ORDER APPOINTING COUNSEL

Appointed counsel for Defendant Ernest G. Bartlett, Kevan T. Montoya, moves for an order modifying the order appointing him to represent Mr. Bartlett. Mr. Montoya states that he will willing to assist Mr. Bartlett on a pro bono basis but that he did not intend to be part of the pro bono panel in the Western District of Washington pursuant to the Plan of the United States District Court for the Western District of Washington at Seattle for the Representation of Pro Se Litigants in Civil Rights Actions. Mr. Montoya asks the Court not to appoint him pursuant to that plan, but that he is willing to represent Mr. Bartlett according to the rules of representation that apply in Federal court on a pro bono basis, with the assistance of local counsel David Corbett.

There being no reason made apparent to the Court why Mr. Montoya's motion should not be granted, NOW, THEREFORE,

IT IS ORDERED: Motion for Order Modifying Order Appointing Counsel [Dkt. # 19] is GRANTED.

DATED this 9th day of January, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1