Kevan T. Montoya, WSBA #19212
VELIKANJE, MOORE & SHORE, P.S.
405 E. Lincoln
Yakima, WA 98901
(509) 248-6030
(509) 453-6880 (fax)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, INC., | NO. C05-5266JKA |
| Plaintiff, | AMENDED STIPULATED ORDER OF DISBURSAL OF FUNDS AND DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |
| v. | |
| ERNEST BARTLETT, et al., | |
| Defendants. | |

**STIPULATION**

COME NOW the defendant Ernest Bartlett, by and through his attorneys of record, Kevan T. Montoya of Velikanje, Moore & Shore, P.S., and David J. Corbett of Eisenhower & Carlson, PLLC; Defendant Lorie Bartlett, by and through her attorney of record, Blair Cameron Stone of Phillips Law Group, PLLC and Plaintiff Sun Life Assurance Company of Canada, by and through its attorney of record Robert J. Guite of Lane Powell, and agree that this case has been settled and that the parties have executed a Settlement Agreement and Mutual Release.  Pursuant to the Settlement

STIPULATED ORDER OF
DISBURSAL OF FUNDS
AND DISMISSAL -1

**Velikanje, Moore & Shore, P.S.**
a t t o r n e y s   a t   l a w
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
**(509) 248-6030**

Agreement and Mutual Release, they agree that the Court may enter an Order of Disbursal of Funds and Dismissal With Prejudice and Without Costs.

### ORDER

Based on the above Stipulation, it is hereby ORDERED:

The parties' claims are settled pursuant to a Settlement Agreement the parties have executed. The parties' claims are hereby dismissed with prejudice and without costs or fees to any party.

The clerk is authorized and directed to draw checks on the funds on deposit in the registry of this court in the principal amount of $4,394.31, plus all accrued interest, minus any statutory users fees, and disburse the funds as follows:

$3,388.62, plus 77% of the accrued interest, minus any statutory users fees to Lorie A. Bartlett and mail or deliver the check to Lorie A. Bartlett c/o Blair Stone, Phillips Law Group, 315 Fifth Avenue S, Suite 1000 Seattle, WA 98104-2682; and

$1,005.69, plus 23% of the accrued interest, minus any statutory users fees to Ernest Bartlett, c/o Kevan T. Montoya, Velikanje, Moore & Shore, P.S., P.O. Box 22550, Yakima, WA, 98902.

DATED this 30th day of November, 2006.

                           /s/ J. Kelley Arnold
                           J. KELLEY ARNOLD
                           United States Magistrate Judge

STIPULATED ORDER OF
DISBURSAL OF FUNDS
AND DISMISSAL -2

**Velikanje, Moore & Shore, P.S.**
a t t o r n e y s   a t   l a w
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
**(509) 248-6030**

Presented by:

VELIKANJE, MOORE & SHORE, P.S.
Co-counsel for Ernest G. Bartlett

By: /s/ Kevan T. Montoya
    Kevan T. Montoya, WSBA 19212
    email: kmontoya@vmslaw.com


Stipulated; approved as to form and content;
notice of presentation waived:

EISENHOWER & CARLSON PLLC
Co-Counsel for Ernest G. Bartlett

By: /s/David Corbett
    David J. Corbett, WSBA 30895
    email: dcorbett@eisenhowerlaw.com

PHILLIPS LAW GROUP PLLC
Counsel for Lorie Bartlett

By: /s/Blair Cameron Stone
    Blair Cameron Stone
    email: bstone@jphillipslaw.com



LANE POWELL
Counsel for Plaintiff

By: /s/Robert Guite
    Robert Guite
    email: guiter@lanepowell.com

STIPULATED ORDER OF
DISBURSAL OF FUNDS
AND DISMISSAL -3

**Velikanje, Moore & Shore, P.S.**
a t t o r n e y s   a t   l a w
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
**(509) 248-6030**